UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>YOEL ENGEL,<br>JOEL DREZDNER,<br><br>Defendants. | SEALED INDICTMENT<br><br>22 Cr. 148 |

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about January 2019 through at least in or about July 2019, in the Southern District of New York, YOEL ENGEL and JOEL DREZDNER, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that YOEL ENGEL and JOEL DREZDNER, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and

television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, ENGEL and DREZDNER conspired to make false statements and submit fraudulent documents to a cellular phone retailer and a check processing services provider concerning, among other things, whether ENGEL and DREZDNER operated various businesses and the amount of money that was being paid or would be paid to the retailer for cellular phones and other accessories ENGEL and DREZDNER obtained from the retailer, and did so through the use of checks and images of checks which were wired from New York to other states.

(Title 18, United States Code, Section 1349.)

**FORFEITURE ALLEGATIONS**

3. As a result of committing the offense alleged in Count One of this Indictment, YOEL ENGEL and JOEL DREZDNER, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing

the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

YOEL ENGEL,
JOEL DREZDNER

Defendants.

SEALED INDICTMENT

22 Cr.___

(18 U.S.C. § 1349)

DAMIAN WILLIAMS
United States Attorney

Foreperson