Duration: 30 minutes
Proceeding via: ☐ Zoom ☐ AT&T

DOCKET No. 22CR148 DEFENDANT YOEL ENGEL

AUSA STEVEN KOCHEVAR DEF.'S COUNSEL SOLOMON ROSENGARTEN
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ________________ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
☐ Other: ______________________

DATE OF ARREST 3/10/2022
TIME OF ARREST 6:00 AM
TIME OF PRESENTMENT 2:00 PM

☐ VOL. SURR.
☐ ON WRIT

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: ____________
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 100,000.00 PRB ☑ 2 FRP
☐ SECURED BY $____________ CASH/PROPERTY: ____________
☑ TRAVEL RESTRICTED TO SDNY/EDNY/____________
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ____________
____________; REMAINING CONDITIONS TO BE MET BY: 3/17/2022

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant advised of his rights and charges against him. Public reading of the Indictment is waived and enters a plea of not guilty. PTS: Andrew Abbott present. The matter has been assigned to Judge Karas. Time is excluded to no later than March 24, 2022 under the Speedy Trial Act, to schedule an initial conference before Judge Karas. 5F Order requirements reviewed with the Government. (See Transcript) The defendant is released on agreed-upon conditions of bail, (See Bond).

Court Reporter: Courtflow

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY ☐ CONFERENCE BEFORE D.J. ON ____________
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 3/24/2022

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED ☐ CONTROL DATE FOR REMOVAL: ____________

PRELIMINARY HEARING DATE: ____________ ☐ ON DEFENDANT'S CONSENT

**DATE:** 3/10/2022

Andrew Krause

**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**