SDNY-WP (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
Yoel Engel
*Defendant*

Case No. 22cr148

## APPEARANCE BOND

### Defendant's Agreement

I, Yoel Engel *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 100,000.00 . ( X ) Cosigned by 2 FRP.

(   ) (3) This is a secured bond of ______________ , secured by:

(   ) (a) ________________ , in cash deposited with the court.

(   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

(   ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

22cr148

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/10/22

*Defendant's Signature* Yoel Engel

*Interpreter's Initials*

*Surety/property owner - printed name* — *Surety/property owner - signature and date* — *Deputy Clerk's Initials* — *Interpreter's Initials*

*Surety/property owner - printed name* — *Surety/property owner - signature and date* — *Deputy Clerk's Initials* — *Interpreter's Initials*

*Surety/property owner - printed name* — *Surety/property owner - signature and date* — *Deputy Clerk's Initials* — *Interpreter's Initials*

*CLERK OF COURT*

Date: 3/10/22

*Signature of Deputy Clerk*

Approved.

Date: 3/10/22

*Judicial Officer's Signature*

Hon. Andrew E. Krause, U.S. Magistrate Judge

*Printed Name and Title*

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/10/22 [signature]
*Defendant's Signature* Yoel Engel
*Interpreter's Initials*

Chaim Engel
*Surety/property owner - printed name*
[signature] 03/17/22
*Surety/property owner - signature and date*
*Deputy Clerk's Initials* *Interpreter's Initials*

*Surety/property owner - printed name*
*Surety/property owner - signature and date*
*Deputy Clerk's Initials* *Interpreter's Initials*

*Surety/property owner - printed name*
*Surety/property owner - signature and date*
*Deputy Clerk's Initials* *Interpreter's Initials*

CLERK OF COURT

Date: 3/10/22
[signature]
*Signature of Deputy Clerk*

Approved.

Date: 3/10/22
[signature]
*Judicial Officer's Signature*

Hon. Andrew E. Krause, U.S. Magistrate Judge
*Printed Name and Title*

 22cr148

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/10/22

*Defendant's Signature* Yoel Engel

*Interpreter's Initials*

Yoel Engel
*Surety/property owner - printed name*

MAR 17 2022
*Surety/property owner - signature and date*

*Deputy Clerk's Initials* *Interpreter's Initials*

*Surety/property owner - printed name*

*Surety/property owner - signature and date*

*Deputy Clerk's Initials* *Interpreter's Initials*

*Surety/property owner - printed name*

*Surety/property owner - signature and date*

*Deputy Clerk's Initials* *Interpreter's Initials*

*CLERK OF COURT*

Date: 3/10/22

*Signature of Deputy Clerk*

Approved.

Date: 3/10/22

*Judicial Officer's Signature*

Hon. Andrew E. Krause, U.S. Magistrate Judge

*Printed Name and Title*

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.

Yoel Engel
*Defendant*

Case No. 22cr148

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: ______________________________
*Place*

______________________________

on ______________________________
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii) Voice Recognition; or
( ☐ ) (iii) Radio Frequency; or
( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) ______________________________

______________________________

Must not obtain any new phones or open new bank accounts

Defense Counsel Name:
SOLOMON ROSENGARTEN

Defense Counsel Telephone Number:
718-627-4460 or 917-859-3096

Defense Counsel Email Address:
VOKMA P AOL. Com

AO 199C (Rev. 09/08) Advice of Penalties

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Yoel Engel Case No. 22cr148

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 3/10/22 [signature]

*Defendant's Signature* Yoel Engel

☐ **DEFENDANT RELEASED**

*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/10/22 [signature]

*Judicial Officer's Signature*

Hon. Andrew E. Krause, U.S. Magistrate Judge

*Printed Name and Title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

**Southern District of New York**

**The Bronx**
**Manhattan**
**Westchester**
**Rockland**
**Dutchess**
**Orange**
**Putnam**
**Sullivan**

**Eastern District of New York**

**Brooklyn (Kings County)**
**Queens (Queens County)**
**Staten Island (Richmond County)**
**Long Island (Nassau & Suffolk)**

