**SOLOMON ROSENGARTEN**
**Attorney-at-Law**
**1704 Avenue M**
**Brooklyn, New York 11230**
**(718) 627-4460**
VOKMA@AOL.COM

**Admitted to Practice:**
**New York**
**New Jersey**

March 11, 2022

Hon. Andrew E. Krause
United States Magistrate Judge
300 Quaroppas Avenue
White Plains, New York 10601

Re: **U.S.A. v. Engel and Drezdner**
**22 Cr. 148**

Dear Judge Krause:

I am the attorney for defendant Engel.

At the arraignment, my client was released upon certain conditions. One of the conditions was that he not leave the Southern or Eastern Districts of New York.

Mr. Engel has informed me that he has relatives in Linden, New York, whom he visits often. In addition, he also travels to Brooklyn and his route from his home takes him through New Jersey. I therefore respectfully request that the conditions of release be modified to allow him to travel in New Jersey.

Thank you for your consideration in this matter.

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten

The Court has been notified that the U.S. Attorney's Office and Pretrial Services have no objection to this application. Accordingly, the application is GRANTED, and the travel restriction for Mr. Engel while on release is modified to allow him to travel to the District of New Jersey.

Dated: March 11, 2022

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge