AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
Yoel Engel
*Defendant*

Case No. 22-cr-148

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yoel Engel .

Date: 03/16/2022

/s/ Gedalia Stern
*Attorney's signature*

Gedalia Stern GS8682
*Printed name and bar number*

1120 6th Ave, 4th Floor
NY NY 10036
*Address*

gstern@necheleslaw.com
*E-mail address*

(212) 997-7400
*Telephone number*

*FAX number*