**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

June 23, 2022

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 1060

Re: *United States v. Yoel Engel, et al*, 22-cr-148

Dear Judge Karas:

We represent Yoel Engel and respectfully write to request an approximately two-month adjournment of next week's status conference (currently scheduled for June 30).

We make this request for multiple reasons. One, earlier this week undesigned counsel and his wife had their first child. Second, the defense believes that additional time to review the discovery will be helpful in allowing the Parties to determine how best to proceed in this case. The Parties will also use the additional time to continue preliminary discussions they have had about a possible resolution to this case.

Counsel for co-defendant Drezner joins in this request. And the assigned AUSA graciously consents to it.

Respectfully submitted,

/s/

Gedalia Stern

cc: AUSA Steven J. Kochevar (via ECF)
Daniel L. Stein, Esq. (via ECF)