# MAYER | BROWN

MEMO ENDORSED

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Daniel L. Stein**
Partner
T: +1 212 506 2646
dstein@mayerbrown.com

August 22, 2022

BY ECF

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 11060

Re:   *United States v Yoel Engel, et al.*
      *22 Cr. 148 (KMK)*

Dear Judge Karas:

We represent Joel Drezdner and respectfully write to request a 45-day adjournment of the status conference currently scheduled for September 7, 2022. *See* ECF No. 23.

We make this request because additional time is required to review extensive Discovery, and because defense counsel believes that relevant information exists outside the scope of what the government provided pursuant to Rule 16. The additional requested time will facilitate gathering any relevant information.

It remains unclear whether motions may be necessary in this case. It is likely that the additional information sought will assist defense counsel in making such determinations. Further, the additional time is likely to facilitate ongoing discussions with the government related to a potential resolution of the matter.

Counsel for co-defendant Yoel Engel joins in this request. Assistant United States Attorney Steven Kochevar has advised that the government has no objection.

Respectfully Submitted,

Daniel L. Stein

cc:   All Counsel of Record (via ECF)

Granted. The conference is adjourned to 10/27/22, at 11:00. Time is excluded until then, in the interests of justice, to allow counsel to complete their review of the discovery materials in this case. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

8/23/22

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).