# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

MEMO ENDORSED

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

September 14, 2022

<u>Via ECF</u>
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 1060

Re: *United States v. Yoel Engel*, 22-cr-148

Dear Judge Karas:

We write to respectfully request permission from Yoel Engel to travel to Florida to spend the upcoming Jewish holiday of Sukkot with his family in Orlando.

Mr. Engel was indicted in March of this year and charged with one count of wire fraud for allegedly defrauding Verizon Wireless. He was released on a $100,000 personal recognizance bond, co-signed by two FRP's. Under the terms of Mr. Engel's bail, he may not travel outside of SDNY/EDNY/NDNY without permission form the Court.

Mr. Engel would like to drive down to Orlando, Florida and spend the holiday of Sukkot there. Sukkot this year runs from Sunday night October 9 to October 18. Mr. Engel therefore seeks permission to travel to Florida from October 6-20.

I have spoken to both the assigned AUSA AND Mr. Engel's probation officer and neither has any objection to this request. If Your Honor grants this request, Mr. Engel will provide his full itinerary to his probation officer.

Granted, on the condition noted herein.

So Ordered.
/s/
9/14/22

Respectfully submitted,
/s/
Gedalia M. Stern

Cc: AUSA Steven Kochevar (via ECF)