# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

**MEMO ENDORSED**

<u>Via ECF</u>
Hon. Kenneth M. Karas
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Yoel Engel*, 22-cr-148

Dear Judge Karas:

We write to respectfully request an adjournment of the October 27 status conference in this case.

Mr. Engel and the government have begun plea discussions which we hope will obviate the need for motions or trial in this case. Counsel for Mr. Engel, however, are starting a trial on October 24th that is likely to last approximately six weeks. In addition, the assigned AUSA has a final pre-trial conference scheduled for October 27th. The parties believe that an adjournment of a few months will provide sufficient time to continue their plea discussions and hopefully reach a resolution in this case.

We therefore respectfully request that the Court adjourn next week's conference and set a new conference date early next year. Both AUSA Kochevar and counsel for co-defendant Drezner consent to this request.

We also consent to the exclusion of time under the Speedy Trial Act until the rescheduled conference date.

Respectfully submitted,
/s/
Gedalia M. Stern

Granted. The conference is adjourned to 1/11/23, at 10:30 Time is excluded until then, in the interests of justice, to account for counsel's unavailability and their discussions toward a disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
10/25/22

Cc: AUSA Steven Kochevar (via ECF)