**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 9, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Yoel Engel* et al., 22 Cr. 148 (KMK)

Dear Judge Karas:

    The Government writes respectfully to request that the Court adjourn the upcoming conference in the above-captioned matter from January 11, 2023, at 10:30 A.M, to February 27, 2023, at 2:00 P.M. The parties are engaged in ongoing discussions concerning possible resolutions of this matter without trial. The requested adjournment will allow the parties to continue these discussions. Defense counsel for each defendant consents to the requested adjournment.

    The Government also respectfully requests that the Court exclude time under the Speedy Trial Act through February 27, 2023, pursuant to 18 U.S.C. § 3161(h) in the above-captioned matter because the interests of justice outweigh the public's and the defendants' interest in a speedy trial. The requested exclusion will permit the parties to continue to discuss possible pretrial resolutions of the above-captioned matter and to appear at any adjourned status conference. Defense counsel for each defendant consents to the requested exclusion of time.

    I thank the Court for its consideration of this submission.

                              Respectfully submitted,
                              DAMIAN WILLIAMS
                              United States Attorney

                    by: */s/ Steven J. Kochevar*
                        Steven J. Kochevar
                        Assistant United States Attorney
                        (914) 993-1928
                        steven.kochevar@usdoj.gov

cc:    Counsel of record for all parties (by ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
1/9/2023