**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036



May 4, 2023

<u>Via ECF</u>
Hon. Kenneth M. Karas
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Yoel Engel*, 22-cr-148

Dear Justice Karas:

We respectfully write to request a two-week extension to object to any portion of Mr. Engel's draft PSR.

The objections to Mr. Engel's draft PSR are currently due on May 5. Due to various conflicts, counsel has not yet had sufficient time to review the draft PSR with Mr. Engel. We therefore seek until Friday, May 19, to submit any objections or comments. We also seek an adjournment of the disclosure deadline for Probation to submit the final PSR until after this new objection deadline.

I have spoken to the assigned AUSA and he has no objections to this request.

Granted, but there will be no more such extensions.

So Ordered.
/s/
5/4/23

Respectfully submitted,

/s/
Gedalia M. Stern

Cc:     ADA Steven Kochevar (via ECF)