# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

MEMO ENDO[RSED]

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

June 12, 2023

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 1060

Re: *United States v. Yoel Engel,* 22-cr-148

Dear Judge Karas:

We write to respectfully request a two-day extension to submit Yoel Engel's sentencing submission.

As Your Honor knows, Mr. Engel's sentencing is scheduled for June 28th. Under Your Honor's Individual Rules, therefore, the defense submission is due this Wednesday, June 14. We respectfully request a two-day extension of that deadline, until Friday, June 16. This time is needed to finalize collecting sentencing letters from Mr. Engel's family and friends.

I have spoken to the assigned AUSA and he has no objection to this request. We, of course, consent to a reciprocal two-day extension to the government's submission deadline, from June 21 to June 23.

Granted.
So Ordered.
[signature]
6/12/23

Respectfully submitted,

/s/

Gedalia Stern

cc: AUSA Steven J. Kochevar (via ECF)