**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDO

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 14, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:   *United States v. Joel Drezdner*, 22 Cr. 148-KMK-2

Dear Judges Karas and Reznik:

     The Government writes respectfully to request that the Court adjourn the change-of-plea hearing scheduled in the above-captioned matter from June 15, 2023, to July 12, 2023, at 11:00 AM. The Government learned today that the defendant has retained new counsel, and this counsel needs time to review discovery and get up to speed on the case. The parties anticipate that a pre-trial resolution can still be reached in this matter. Accordingly, the Government requests that the change-of-plea hearing be rescheduled rather than removed from the Court's calendar. Based on representations made on a phone call with the Court this morning, the Government's understanding is that defense counsel joins in the requested adjournment or consents to it.

     The Government also respectfully requests that the Court exclude time under the Speedy Trial Act through July 12, 2023, pursuant to 18 U.S.C. § 3161(h) in the above-captioned matter because the interests of justice outweigh the public's and the defendant's interest in a speedy trial. The requested exclusion will permit newly retained defense counsel to review the discovery in this matter, the Government to prepare additional discovery, and the parties to continue to discuss a possible pre-trial resolution of this matter. Defense counsel for Mr. Drezdner consents to the requested exclusion of time.

     I thank the Court for its consideration of this submission.

Case 7:22-cr-00148-KMK  Document 68  Filed 06/26/23  Page 2 of 2
Case 7:22-cr-00148-KMK  Document 65  Filed 06/15/23  Page 2 of 2

Page 2

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

by: */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(212) 637-2262
steven.kochevar@usdoj.gov

cc: Counsel of Record (by ECF)

> Granted. Time is excluded, in the interests of justice, until July 12, 2023. This exclusion is needed to allow new counsel to review the discovery in this case. The interests of justice from this exclusion outweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).
>
> So Ordered.
> 6/26/23