**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

November 28, 2023

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**Re:** ***United States* v. *Joel Drezdner*,**
**S2 22 Cr. 148 (KMK)**

Dear Judge Karas:

We represent Joel Drezdner in the above-referenced matter. We write now, with the consent of the Government, to respectfully request an adjournment of sentencing in this matter, presently scheduled for December 6, 2023.

On August 2, 2023, Mr. Drezdner, accompanied by different counsel, appeared before the Honorable Victoria Reznik, United States Magistrate Judge, and entered a guilty plea to a superseding information. By order dated August 23, 2023, this Court accepted that plea. The attorneys that represented Mr. Drezdner at his plea subsequently withdrew from the representation and our firm was engaged, again, to represent Mr. Drezdner at sentencing. Due to the uncertainty surrounding Mr. Drezdner's representation, there was a delay in completing his presentence interview. That interview has now been completed, but the Probation Office needs time to complete its Presentence Report, and counsel needs time to review and comment on that report and prepare an appropriate sentencing submission. Accordingly, we respectfully request an adjournment of sentencing for approximately 60 days, to a date in mid to late February, 2024.

On November 27, 2023, I confirmed by email with AUSA Steven Kochevar that the Government consents to this request.

Respectfully submitted,

Daniel L. Stein

cc: AUSA Steven Kochevar (by electronic mail)
US Probation Officer Megan Henriquez (by electronic mail)