# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

February 25, 2025

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York

Re: *United States. v. Yoel Engel*, 22-cr-148

Dear Judge Karas:

We respectfully write to request permission for Yoel Engel to travel to Europe, from February 27 to March 4, to participate in a short religious pilgrimage to the graves of various rabbis buried in Eastern Europe.

As Your Honor knows, Mr. Engel was sentenced by Your Honor, on June 28, 2023, to time served and two-years supervised release. Dkt. No. 78. He has thus nearly completed his term of supervised release without incident.

Mr. Engel now seeks permission to travel to Europe, along with some family members, for a few days to visit some religious sites there. In particular, if granted permission, he will fly Thursday to Vienna, and then travel to various gravesites of important rabbis in Slovakia, the Czech Republic, and Poland. He would return to the United States, from Poland, on Tuesday March 4.

I have spoken to the assigned AUSA, who informs me that the government takes no position on this request. Mr. Engel is currently in the Probation Department's Low Administrative Caseload and so does not have an assigned probation office. Finally, we apologize for the lateness of this request.

Granted.
So Ordered.
*[signature]*
2/26/25

Respectfully submitted,

/s/

Gedalia Stern

Cc:   AUSA Steven Kocheaver (via ECF)